**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ISMAEL APONTE,**

               **Plaintiff,**

**-vs-**                                                       Case No. 6:11-cv-700-Orl-31MCR

**COMMISSIONER OF SOCIAL SECURITY,**

               **Defendant.**

_____

# ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on April 26, 2011, appealing the final decision of the Commissioner of Social Security (the Commissioner) denying his application for benefits.

On July 12, 2012, the United States Magistrate Judge issued a report (Doc. No. 30) recommending that the decision of the Commissioner be reversed and the case be remanded. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is **REMANDED**. The Administrative Law Judge is to properly consider whether Plaintiff engaged in significant services for Aponte Vacation Homes, Inc. and to conduct any other proceedings as appropriate.

3. The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 6, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE